

## NUMBER 13-12-00718-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**JOSE GARCIA CASTANON,** **Appellant,**

**v.**

**APRIL CELESTE GARCIA,** **Appellee.**

### On appeal from the County Court
### of Aransas County, Texas.

# MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Jose Garcia Castanon, filed an appeal from a judgment entered by the County Court of Aransas County, Texas, in cause number A-12-7011-FL. On December 20, 2012, the appeal was abated to allow the parties an opportunity to engage in settlement negotiations. Appellant has filed an unopposed motion to dismiss the appeal. This appeal is hereby REINSTATED.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). Appellant's motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
7th day of March, 2013.